1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   ERNESTO ACOSTA-CANTABRANA
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )  NO. CR.S-11-445-MCE
                                  )
11 |         Plaintiff,            )  **STIPULATION AND ORDER;
                                  )  CONTINUING STATUS
12 |     v.                        )  CONFERENCE AND EXCLUDING
                                  )  TIME**
13 | ERNESTO ACOSTA-              )
   | CANTABRANA,                   )  Date: January 5, 2012
14 |                               )  Time: 9:00 a.m.
   |         Defendant.            )  Judge: Hon. Morrison C. England, Jr.
15 | _____

16

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

19  Plaintiff, and COURTNEY FEIN, attorney for ERNESTO ACOSTA-CANTABRANA, that

20  the status conference hearing date of December 1, 2011 be vacated, and the matter be set for

21  status conference on January 5, 2012, at 9:00 a.m.

22         The reason for this continuance is to allow defense counsel additional time to review

23  the discovery, consult with her client, examine possible defenses, and continue investigating

24  the facts of the case.

25         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26  should be excluded from the date of signing of this order through and including January 5,

27  2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

28  Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 22, 2011.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for Elisandro Fuentes-Lopez

DATED: November 22, 2011.                    BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 1, 2011, status conference hearing be continued to January 5, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 5, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 22, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE