DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Former Attorney for Defendant
ERNESTO ACOSTA-CANTABRANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNESTO ACOSTA-CANTABRANA,<br><br>　　　　Defendant.<br>_____ | NO. 2:11-cr-00445-MCE-1<br><br>**ORDER RE DEFENDANT'S ELIGIBILITY FOR APPOINTED COUNSEL**<br><br>Date:　January 20, 2012<br><br>Judge: Hon. Morrison C. England, Jr. |

　　　　The Office of the Federal Defender, after checking its records, can represent to the court that Mr. Acosta-Cantabrana was indigent at the time the court appointed the Federal Defender to represent him. Additionally, the Office of the Federal Defender has since become aware that funds other than his own were used to hire the privately retained attorney who now represents Mr. Acosta-Cantabrana. In view of these facts, the Federal Defender believes that Mr. Acosta-Cantabara continues to remain indigent and eligible for appointed counsel. The Federal Defender requests that the court make the order proposed below.

DATED: January 23, 2012.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender

ORDER

Based on the representation of his previously court-appointed counsel, the court finds that Mr. Acosta-Cantabrana's net financial resources and income are insufficient to enable him to obtain private counsel.  Pursuant to Section § 2.04 of the Guide to Judiciary Policies and Procedures, the court will not consider family resources that have allowed the defendant to retain private counsel.  The court will order the defendant to pay the cost of his representation only if additional financial resources become available rendering him ineligible for status as an indigent defendant.  Counsel is ordered to inform the court of any such change in status.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE